ATTORNEY'S NAME: Elam, Jason K 34533
AND ADDRESS: 650 Poydras St. Suite 2215, New Orleans, LA 70130

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2023-12223     DIVISION: E     SECTION: 07

**LEWIS, SONDRA**

Versus

**JOHN JAY BEAUTY COLLEGE, INC. ET AL**

### CITATION - LONG ARM

TO:    L'OREAL USA CREATIVE, INC.
THROUGH:    THE LOUISIANA LONG ARM STATUTE ITS REGISTERED AGENT: CORPORATION SERVICE COMPANY
251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA 70112, within thirty (30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA November 6, 2023

Clerk's Office, Room 402
Civil Courts Building
421 Loyola Avenue
New Orleans, LA 70112

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Patrice Conerly, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| **Petition for Damages** | **Petition for Damages** |
| ON **L'OREAL USA CREATIVE, INC.** | ON **L'OREAL USA CREATIVE, INC.** |
| THROUGH: **THE LOUISIANA LONG ARM STATUTE ITS REGISTERED AGENT: CORPORATION SERVICE COMPANY** | THROUGH: **THE LOUISIANA LONG ARM STATUTE ITS REGISTERED AGENT: CORPORATION SERVICE COMPANY** |
| Returned the same day  No. _____ | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **L'OREAL USA CREATIVE, INC.** being absent from the domicile at time of said service. |
| Deputy Sheriff of _____ | Returned the same day  No. _____ |
| Mileage: $ _____ | Deputy Sheriff of _____ |
| / ENTERED / | |
| PAPER   RETURN | |
| SERIAL NO.  DEPUTY  PARISH | |

**ATTORNEY'S NAME:**  Elam, Jason K 34533
**AND ADDRESS:**  650 Poydras St. Suite 2215, New Orleans, LA 70130

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2023-12223        DIVISION: E        SECTION: 07

**LEWIS, SONDRA**

Versus

**JOHN JAY BEAUTY COLLEGE, INC. ET AL**

### CITATION - LONG ARM

TO:   REVLON CONSUMER PRODUCTS CORPORATION

THROUGH:   THE LOUISIANA LONG ARM STATUTE  ITS REGISTERED AGENT: CORPORATE CREATIONS NETWORK INC.

600 MAMARONECK AVENUE, SUITE 400, HARRISON , NY 10528

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA 70112, within thirty (30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA November 6, 2023**

| | |
|---|---|
| **Clerk's Office, Room 402**<br>**Civil Courts Building**<br>**421 Loyola Avenue**<br>**New Orleans, LA 70112** | **CHELSEY RICHARD NAPOLEON, Clerk of**<br>**The Civil District Court**<br>**for the Parish of Orleans**<br>**State of LA**<br>**by** _____<br>**Patrice Conerly, Deputy Clerk** |

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ _____ served a copy of the within | On this _____ day of _____ _____ served a copy of the within |
| **Petition for Damages** | **Petition for Damages** |
| ON  **REVLON CONSUMER PRODUCTS CORPORATION** | ON  **REVLON CONSUMER PRODUCTS CORPORATION** |
| THROUGH:  **THE LOUISIANA LONG ARM STATUTE  ITS REGISTERED AGENT: CORPORATE CREATIONS NETWORK INC.** | THROUGH:  **THE LOUISIANA LONG ARM STATUTE  ITS REGISTERED AGENT: CORPORATE CREATIONS NETWORK INC.** |
| Returned the same day<br>_____ No. _____<br>Deputy Sheriff of _____<br>Mileage: $ _____<br>_____/ ENTERED /_____<br>           PAPER                                RETURN<br>_____/_____/_____<br>     SERIAL NO.           DEPUTY                  PARISH | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **REVLON CONSUMER PRODUCTS CORPORATION** being absent from the domicile at time of said service.<br>Returned the same day<br>_____ No. _____<br>Deputy Sheriff of _____ |

ATTORNEY'S NAME:   Elam, Jason K 34533
AND ADDRESS:   650 Poydras St. Suite 2215, New Orleans, LA 70130

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2023-12223    DIVISION: E    SECTION: 07

### LEWIS, SONDRA

### Versus

### JOHN JAY BEAUTY COLLEGE, INC. ET AL

### CITATION

TO:  THE WELLA CORPORATION, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO CLAIROL INC.

THROUGH:  ITS REGISTERED AGENT: CORPORATION SERVICE COMPANY

450 LAUREL STREET, BATON ROUGE, LA 70801

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading within the delay provided by Civil Code of Procedure Article 1001. The mentioned article is noted on the back of this page for your reference. You may make your filing in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA 70112.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA November 6, 2023

Clerk's Office, Room 402
Civil Courts Building
421 Loyola Avenue
New Orleans, LA 70112

CHELSEY RICHARD NAPOLEON, Clerk of The Civil District Court for the Parish of Orleans State of LA
by _____
Patrice Conerly, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within **Petition for Damages** ON THE WELLA CORPORATION, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO CLAIROL INC. THROUGH: ITS REGISTERED AGENT: CORPORATION SERVICE COMPANY<br><br>Returned the same day<br>No. _____<br>Deputy Sheriff of _____<br>Mileage: $ _____<br>_____ / ENTERED / _____<br>PAPER        RETURN<br>_____ / _____<br>SERIAL NO.   DEPUTY   PARISH | On this _____ day of _____ served a copy of the within **Petition for Damages** ON THE WELLA CORPORATION, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO CLAIROL INC. THROUGH: ITS REGISTERED AGENT: CORPORATION SERVICE COMPANY by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **THE WELLA CORPORATION, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO CLAIROL INC.** being absent from the domicile at time of said service.<br><br>Returned the same day<br>_____ No. _____<br>Deputy Sheriff of _____ |

Civil Code of Procedures
Article 1001

Art. 1001. Delay for answering

    A. A defendant shall file his answer within twenty-one days after service of citation upon him, except as otherwise provided by law. If the plaintiff files and serves a discovery request with his petition, the defendant shall file his answer to the petition within thirty days after service of citation and service of discovery request.

    B. When an exception is filed prior to answer and is overruled or referred to the merits, or is sustained and an amendment of the petition ordered, the answer shall be filed within fifteen days after the exception is overruled or referred to the merits, or fifteen days after service of the amended petition.

    C. The court may grant additional time for answering.

Acts 2021, No. 174, §1, eff. Jan. 1, 2022.

ATTORNEY'S NAME:   Elam, Jason K 34533
AND ADDRESS:   650 Poydras St. Suite 2215, New Orleans, LA 70130

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2023-12223        DIVISION: E        SECTION: 07

**LEWIS, SONDRA**

Versus

**JOHN JAY BEAUTY COLLEGE, INC. ET AL**

### CITATION

TO:   JOHN JAY BEAUTY COLLEGE, INC.
THROUGH:   ITS REGISTERED AGENT: SHELLY LAICHE
2844 TENNESSEE AVENUE, KENNER, LA 70062

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the
Petition for Damages
a certified copy of which accompanies this citation, or file an answer or other legal pleading within the delay provided by Civil Code of Procedure Article 1001. The mentioned article is noted on the back of this page for your reference. You may make your filing in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA 70112.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA November 6, 2023

Clerk's Office, Room 402
Civil Courts Building
421 Loyola Avenue
New Orleans, LA 70112

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Patrice Conerly, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this ____ day of _____ _____ served a copy of the within **Petition for Damages** ON **JOHN JAY BEAUTY COLLEGE, INC.** THROUGH: **ITS REGISTERED AGENT: SHELLY LAICHE** Returned the same day _____ No. _____ Deputy Sheriff of _____ Mileage: $ _____ _____ / ENTERED / _____ ____ / ____ / ____ PAPER   RETURN SERIAL NO.   DEPUTY   PARISH | On this ____ day of _____ _____ served a copy of the within **Petition for Damages** ON **JOHN JAY BEAUTY COLLEGE, INC.** THROUGH: **ITS REGISTERED AGENT: SHELLY LAICHE** by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **JOHN JAY BEAUTY COLLEGE, INC.** being absent from the domicile at time of said service. Returned the same day _____ No. _____ Deputy Sheriff of _____ |

ID: 11265448        Page 1 of 2

Civil Code of Procedures
Article 1001

Art. 1001. Delay for answering

    A. A defendant shall file his answer within twenty-one days after service of citation upon him, except as otherwise provided by law. If the plaintiff files and serves a discovery request with his petition, the defendant shall file his answer to the petition within thirty days after service of citation and service of discovery request.

    B. When an exception is filed prior to answer and is overruled or referred to the merits, or is sustained and an amendment of the petition ordered, the answer shall be filed within fifteen days after the exception is overruled or referred to the merits, or fifteen days after service of the amended petition.

    C. The court may grant additional time for answering.

Acts 2021, No. 174, §1, eff. Jan. 1, 2022.

ATTORNEY'S NAME: Elam, Jason K 34533
AND ADDRESS: 650 Poydras St. Suite 2215, New Orleans, LA 70130

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2023-12223　　　DIVISION: E　　　SECTION: 07

LEWIS, SONDRA

Versus

JOHN JAY BEAUTY COLLEGE, INC. ET AL

## CITATION

TO: DORIGNACS FOOD CENTER, L.L.C.
THROUGH: ITS REGISTERED AGENT: EDWARD F. BUKATY
909 POYDRAS STREET, SUITE 3150, NEW ORLEANS, LA 70112

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading within the delay provided by Civil Code of Procedure Article 1001. The mentioned article is noted on the back of this page for your reference. You may make your filing in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA 70112.

## ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

*********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE*********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA November 6, 2023

Clerk's Office, Room 402
Civil Courts Building
421 Loyola Avenue
New Orleans, LA 70112

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Patrice Conerly, Deputy Clerk

## SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this ___ day of _____ served a copy of the within | On this ___ day of _____ served a copy of the within |
| Petition for Damages | Petition for Damages |
| ON **DORIGNACS FOOD CENTER, L.L.C.** | ON **DORIGNACS FOOD CENTER, L.L.C.** |
| THROUGH: **ITS REGISTERED AGENT: EDWARD F. BUKATY** | THROUGH: **ITS REGISTERED AGENT: EDWARD F. BUKATY** |
| Returned the same day _____ No. _____ | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **DORIGNACS FOOD CENTER, L.L.C.** being absent from the domicile at time of said service. |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | |
| _____ / ENTERED / _____ | Returned the same day _____ No. _____ |
| PAPER　　RETURN | |
| ___ / ___ / ___ | Deputy Sheriff of _____ |
| SERIAL NO.　DEPUTY　PARISH | |

Civil Code of Procedures
Article 1001

Art. 1001. Delay for answering

    A. A defendant shall file his answer within twenty-one days after service of citation upon him, except as otherwise provided by law. If the plaintiff files and serves a discovery request with his petition, the defendant shall file his answer to the petition within thirty days after service of citation and service of discovery request.

    B. When an exception is filed prior to answer and is overruled or referred to the merits, or is sustained and an amendment of the petition ordered, the answer shall be filed within fifteen days after the exception is overruled or referred to the merits, or fifteen days after service of the amended petition.

    C. The court may grant additional time for answering.

Acts 2021, No. 174, §1, eff. Jan. 1, 2022.

## CLERK OF CIVIL DISTRICT COURT

| | | |
|---|---|---|
| **CIVIL DIVISION**<br>421 Loyola Avenue, Room 402<br>New Orleans, Louisiana 70112<br>cdcclerk@orleanscdc.com<br>Telephone: (504) 407-0000<br>Fax: (504) 592-9128 |  | **LAND RECORDS DIVISION**<br>1340 Poydras Street, 4th Floor<br>New Orleans, Louisiana 70112<br>civilclerklandrecords@orleanscdc.com<br>Telephone: (504) 407-0005 |

*Chelsey Richard Napoleon*
Clerk of Court and Ex-Officio Recorder

November 7, 2023

Jason K Elam
Attorney at Law
Elam Law Group, LLC
650 Poydras St., Suite 2708
New Orleans, LA 70130

      **RE:**   *Sondra Lewis v John Jay Beauty College, Inc. et al*
             CDC No. 2023-12223; Division "E-7"
             **Petition for Damages/Service Copies Fee**

Dear Mr. Elam:

    This office is in receipt of the Petition for Damages referenced in the above captioned matter filed November 3, 2023. However, there is a fee due in the amount of **$225.00** for certified copies. The fee is as follows:

| | |
|---|---|
| Certified copies 75 pages (@ $3.00 per page) | $225.00 |
| **Total Amount Due** | **$225.00** |

    Please remit a check in the above amount payable to the Clerk of Court. If you have any questions, please contact Patrice Conerly, the Section Head for Division "E-7" at (504) 407-0120.

Sincerely,

Gwendolyn Allen
Deputy Clerk

AJI/gpg

VERIFIED