IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SONDRA LEWIS** | : |
| Plaintiff, | : CIVIL ACTION NO.: 2:23-cv-07160 |
| -v- | : JUDGE:  CARL J BARBIER |
| **JOHN JAY BEAUTY COLLEGE,** *et al.*, | : MAGISTRATE: DONNA PHILLIPS CURRAULT |
| Defendants. | : |

**MOTION FOR PARTIAL
DISMISSAL WITHOUT PREJUDICE**

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Sondra Lewis (hereinafter referred to as "Plaintiff'"), who moves to dismiss all claims against Defendant, Revlon Consumer Products Corporation, only, **without prejudice**, with each party to be responsible for the payment of its own costs. Plaintiff specifically reserves her rights against all other defendants, third parties, solidary obligors and other persons and/or entities.

Respectfully submitted,

**ELAM LAW GROUP LLC**

*/s/ Jason K. Elam*

_____
JASON K. ELAM (LSBA NO. 34533)
650 Poydras Street, Suite 2708
New Orleans, Louisiana 70130
Telephone: (504) 458-6364
Email: jason@elamlawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of December 2023, I electronically filed the foregoing Corporate Disclosure Statement with the Clerk of the Court using the CM/ECF system. Notice of filing of the foregoing will be forwarded to all counsel of record, via electronic notice as well as through the Court's CM/ECF system.

*/s/ Jason K. Elam*_____
JASON K. ELAM