## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SONDRA LEWIS** | : | |
| | : | |
| | : | |
| **Plaintiff,** | : | **CIVIL ACTION NO.: 2:23-cv-07160** |
| | : | |
| **-v-** | : | **JUDGE:  CARL J BARBIER** |
| | : | |
| **JOHN JAY BEAUTY** | : | **MAGISTRATE: DONNA PHILLIPS** |
| **COLLEGE,** *et al.*, | : |  **CURRAULT** |
| | : | |
| **Defendants.** | : | |
| | : | |

### ORDER

Considering the foregoing Motion to Dismiss of Revlon Consumer Products Corporation, without Prejudice:

**IT IS HEREBY ORDERED** that all claims filed by Plaintiff, Sondra Lewis, in the above-captioned matter, against Defendant, Revlon Consumer Products Corporation, be and are hereby dismissed without prejudice, each party to bear its own costs. Plaintiff, Sondra Lewis, specifically reserves any and all rights and/or causes of actions she may have against any Defendant not specifically dismissed herein.

New Orleans, Louisiana, this _____ day of December, 2023.

 

_____

JUDGE