UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SONDRA LEWIS | CIVIL ACTION |
| VERSUS | No. 23-7160 |
| JOHN JAY BEAUTY COLLEGE, ET AL. | SECTION: "J"(2) |

## ORDER

Considering the foregoing *Motion for Partial Dismissal without Prejudice* **(Rec. Doc. 6)**,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**, and all claims filed by Plaintiff Sondra Lewis in the above-captioned matter against Defendant Revlon Consumer Products corporation be and are hereby **DISMISSED without prejudice**, with each party to bear its own costs. Plaintiff Sondra Lewis specifically reserves any and all rights and/or causes of actions she may have against any Defendant not specifically dismissed herein.

New Orleans, Louisiana, this 11th day of December, 2023.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE