UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SONDRA LEWIS** | **CIVIL ACTION NO.: 2:23-CV-07160** |
| **Plaintiff** | |
| **VERSUS** | **JUDGE: CARL J. BARBIER** |
| **JOHN JAY BEAUTY COLLEGE, ET AL.** | **MAGISTRATE: DONNA PHILLIPS CURRAULT** |
| **Defendants** | |

### PLAINTIFF'S EX PARTE MOTION TO VOLUNTARILY DISMISS WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)

COMES NOW, Plaintiff, Sondra Lewis, who pursuant to Federal Rule of Civil Procedure 41(a)(1) files her ex parte motion to voluntarily dismiss this action against all defendants, without prejudice. Because no Defendant has file an answer or motion for summary judgment, Plaintiff requests that this matter be dismissed without prejudice as to all defendants.

WHEREFORE, Plaintiff, Sondra Lewis, respectfully requests that this Court enter a dismissal without prejudice as to all defendants pursuant to Federal Rule of Civil Procedure 41(a)(1).

Respectfully Submitted,

**ELAM LAW GROUP LLC**

*/s/ Jason K. Elam*
Jason K. Elam, LSBA 34533
650 Poydras Street, Ste. 2708
New Orleans, Louisiana 70130
T: 504-458-6364
E: jason@elamlawgroup.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that I have electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel for all parties. I further certify that I have mailed the foregoing document and notice of electronic filing via United States Mail, postage prepaid, and/or facsimile and/or electronic mail to all non-CM/ECF participants, this 15th day of December 2023.

*/s/ Jason K. Elam*
**Jason K. Elam**