UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SONDRA LEWIS** | **CIVIL ACTION NO.: 2:23-CV-07160** |
| **Plaintiff** | |
| **VERSUS** | **JUDGE: CARL J. BARBIER** |
| **JOHN JAY BEAUTY COLLEGE, ET AL.** | **MAGISTRATE: DONNA PHILLIPS CURRAULT** |
| **Defendants** | |

**PROPOSED ORDER ON PLAINTIFF'S EX PARTE MOTION TO VOLUNTARILY DISMISS WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)**

Considering Plaintiff's Ex Parte Motion to Voluntarily Dismiss Without Prejudice Pursuant to FRCP 41(a)(1),

IT IS ORDERED that Plaintiff's Motion to Voluntarily Dismiss Without Prejudice all defendants pursuant to FRCP 41(a)(1) is GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2023.

_____
U.S. District Judge / Magistrate Judge

1