UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SONDRA LEWIS** | **CIVIL ACTION NO.: 2:23-CV-07160** |
| **Plaintiff** | |
| **VERSUS** | **JUDGE: CARL J. BARBIER** |
| **JOHN JAY BEAUTY COLLEGE, ET AL.** | **MAGISTRATE: DONNA PHILLIPS CURRAULT** |
| **Defendants** | |

**PROPOSED ORDER ON PLAINTIFF'S EX PARTE MOTION TO VOLUNTARILY DISMISS WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)**

Considering Plaintiff's E*x Parte Motion to Voluntarily Dismiss Without Prejudice Pursuant to FRCP 41(a)(1)* **(Rec. Doc. 8)**,

**IT IS ORDERED** that Plaintiff's Motion to Voluntarily Dismiss Without Prejudice all defendants pursuant to FRCP 41(a)(1) is **GRANTED**.

New Orleans, Louisiana, this 2nd day of January, 2024.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE